# Order

Michigan Supreme Court
Lansing, Michigan

October 13, 2005

Clifford W. Taylor,
Chief Justice

127830-33

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PAUL HELBER, DIANE HELBER,
SUSAN IRWIN, JOHN IRWIN, JAMES
NIETERS and PAMELA NIETERS,
      Plaintiffs-Appellants,

v

SC: 127830
COA: 247700
Washtenaw CC: 00-001201-CE

CITY OF ANN ARBOR,
      Defendant-Appellee.
_____/

HOWARD ANDREWS and MURIEL D.
ANDREWS,
      Plaintiffs,
and

KATHY ANN MOILANEN, EDWARD M.
VUYLSTEKE, LAWRENCE THALL,
MARCELLA THALL and MICHAEL THALL,
      Plaintiffs-Appellants,

v

SC: 127831
COA: 247701
Washtenaw CC: 00-001202-CE

CITY OF ANN ARBOR,
      Defendant-Appellee.
_____/

WARREN G. PALMER, ZERILDA PALMER,
ROBERT ZIMMERMAN, ENID ZIMMERMAN,
GREGORY HAWKINS and MASADA HABHAB,
      Plaintiffs-Appellants,

v

SC: 127832
COA: 247702
Washtenaw CC: 00-001203-CE

CITY OF ANN ARBOR,
      Defendant-Appellee.
_____/

CAROL JACOBSEN, JED JACOBSON,
DILIP NIGAM and SABITA NIGAM,
      Plaintiffs-Appellants,

v

CITY OF ANN ARBOR and WASHTENAW
COUNTY DRAIN COMMISSIONER,
      Defendants-Appellees,
and

LANS BASIN, INC.
      Defendant.

_____/

SC: 127833
COA: 247703
Washtenaw CC: 00-001205-CE

On order of the Court, the application for leave to appeal the October 26, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      KELLY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

_____
                        Clerk

d1006